NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
BRENT A. WHITTLESEY (Cal. Bar No. 73493)
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5421
    Facsimile: (213) 894-0142
    E-mail: brent.whittlesey@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:20-CV-01297 |
| Plaintiff, | VERIFIED COMPLAINT FOR FORFEITURE |
| v. | 18 U.S.C. § 981(a)(1)(A) and (C) and 7 U.S.C. § 2024(e) |
| $247,020.00 IN U.S. CURRENCY, | |
| Defendant. | [U.S.S.S.] |

The United States of America brings this claim against $247,020.00 in U.S. currency, and alleges as follows:

**JURISDICTION AND VENUE**

1. This is a civil forfeiture action brought pursuant to 18 U.S.C. § 981(a)(1)(A) and (C) and 7 U.S.C. § 2024(e).

2. This court has jurisdiction over the matter under 28 U.S.C. §§ 1345 and 1355.

3. Venue lies in this district pursuant to 28 U.S.C. § 1395.

## PERSONS AND ENTITIES

4. The plaintiff in this action is the United States of America.

5. The defendant in this action is $247,020.00 in U.S. currency (the "defendant currency") seized on or about August 22, 2019 during the execution of a state search warrant at 4 Way Meat Market ("4 Way"), located at 508 East Date Street, Oxnard, California.

6. The defendant currency is currently in the custody of the United States Secret Service ("USSS") in this District, where it shall remain subject to this court's jurisdiction during the pendency of this action.

7. The interests of Jose Carbajal, Adelina Carbajal, 4 Way, and the United States Department of Agriculture ("USDA") may be adversely affected by these proceedings.

## BASIS FOR FORFEITURE

Background of the Investigation and Description of the USDA's Supplemental Nutrition Assistance Program

8. The matters set forth in this complaint arise from a joint investigation by the Ventura County District Attorney's Office ("VCDA"), the USDA and the USSS of a food stamp fraud scheme involving 4 Way and Carneceria 4 Caminos ("Carneceria"), two companies owned by Jose and Adelina Carbajal who were committing fraud by using unauthorized Food and Nutrition Service ("FNS") numbers to receive Supplemental Nutrition Assistance Program ("SNAP") monies. The USDA had previously disqualified the two markets from processing SNAP benefits due to violations of the Special Supplemental Nutrition Program for Women, Infants, and Children ("WIC"). WIC is a program of USDA that provides federal grants to states for supplemental foods, health care referrals, and nutrition education for low-income pregnant, breastfeeding, and non-breastfeeding postpartum women, and to infants and children up to age five who are found to be at nutritional risk.

9. A FNS number is the number that is associated with merchants who

1  participate in the SNAP program. The USDA Food and Nutrition Service is the entity
2  that accepts applications from retail store owners to participate in SNAP. Each store
3  location is issued a SNAP permit. The FNS number is the 7-digit number printed on the
4  SNAP permit. If a store owner is approved to participate, they are issued an FNS
5  number. The FNS number is then used by the store owner to contract with outside
6  vendors to activate Point of Sale devices to have access to the benefits (money to
7  purchase food items) issued to Cal Fresh participants. The number of FNS Point of Sale
8  devices a retail store owner is allowed to activate is dictated by the normal sales volume
9  and size of the store.
10          10.    SNAP, formerly known as the Food Stamp Program, is administered by
11 FNS and is a federal public assistance program designed to provide a means for low
12 income individuals and families to purchase food products for human consumption.
13 FNS authorizes certain grocery stores and meal services to accept SNAP and/or credit
14 accrued on Electronic Benefit Transfer ("EBT") cards from authorized recipients for
15 eligible food items. SNAP and EBT card benefits can be legally used only for the
16 purchase of food. Merchants that allow SNAP benefits to be used for things like
17 cigarettes, alcohol or to be exchanged for cash (commonly referred to as food stamp
18 trafficking), can have their right to accept SNAP benefits revoked.
19          11.    Law enforcement officers determined that two FNS numbers assigned to
20 entities in Santa Ana, California and Mission, Texas were being used by 4 Way and
21 Carneceria to conceal the true retailer for sales conducted at 4 Way and Carneceria.
22 According to USDA records, 4 Way received approximately $2,166,430.00 of SNAP
23 monies from January 1, 2017 through January 31, 2019 and Carneceria received
24 approximately $245,969.00 from January 1, 2017 through June 23, 2018. The payments
25 during these timeframes to 4 Way and Carneceria involved 93,066 sale transactions.
26          12.    In order to commit the fraud scheme, entities operate as follows. EBT cards
27 are cards given to clients to purchase eligible food items from funds that are deposited
28 into assistance recipient's accounts. The EBT cards look similar to any other credit

1  cards or ATM cards and are used in a similar way as any bank ATM card. Each card is
2  assigned a specific number and that number is associated to the client to whom the card
3  has been issued. A Personal Identification Number ("PIN") is required when using an
4  EBT card in the same way a PIN number is required to use any ATM card.

5        13. Point of Sale ("POS") Devices are used by merchants to facilitate the sale of
6  food items being purchased with EBT cards, credit cards or debit cards. POS devices
7  and systems are generally associated with a merchant services, which can be referred to
8  as third party processors. The POS device is commonly known as the box into which
9  customers (or employees aiding customers) swipe or insert EBT cards, credit cards and
10 debit cards.

11       14. When a merchant accepts financial access cards such as credit/debit/EBT
12 cards, an independent sales organization ("ISO") sells or leases a card reader machine to
13 the merchant. An ISO is a commission-based organization. The ISO will set up the
14 system by using the merchant's FNS number, or processing information for their
15 financial institutions such as MasterCard, Visa, etc., to allow the merchant to access
16 funding. The ISO goes through a third-party processor, which connects with the
17 financial institutions, or the government. Once a transaction or sale is approved, the
18 financial institution or government releases the funds to the third-party processor, who
19 then distributes the remaining funds from the sale (after commissions are paid) to the
20 merchant's account.

21 <u>Undercover Operations</u>

22       15. In February 2017, the VCDA commenced undercover purchases at 4 Way
23 and Carneceria. The following is a summary of the undercover operations. As reflected
24 below, even though the purchases occurred at the disqualified markets (4 Way and
25 Carneceria) the purchase transactions were validated through another entity.

26       16. On February 23, 2017, at 9:42 a.m. an undercover investigator entered 4
27 Way, used an undercover EBT card and purchased a bottle of water for $0.94 and .65
28 pound of ground beef for $2.40 totaling $3.39. The undercover investigator reported that

1  there were three registers in the front of the store and a POS device at each register.
2  Subsequently, the FNS number assigned to another entity was used for the undercover
3  purchase redemption.

4      17.    On February 23, 2017, at about 10:30 a.m., an undercover investigator
5  entered Carneceria and purchased a bottle of water and ground beef with an undercover
6  EBT card. The total purchase price was $3.59. POS devices were seen inside the store.
7  This purchase transaction was validated by the FNS belonging to another entity.

8      18.    On March 30, 2017, at about 9:00 a.m. an undercover investigator entered
9  Carneceria and purchased a bottle of water and a juice drink using an undercover EBT
10 card. The total purchase price was $4.20. POS devices were seen inside the store. This
11 purchase transaction was validated by the FNS belonging to another entity.

12     19.    On March 30, 2017, at about 11:03 a.m. an undercover investigator entered
13 4 Way and purchased two juice drinks with an undercover EBT card. The total purchase
14 was $2.20. POS devices were seen inside the store. Subsequently, the FNS number
15 assigned to another entity was used for the undercover purchase redemption. Adelina
16 Carbajal was seen working inside the store, and assisted the employee with this
17 transaction at the POS device.

18     20.    On May 30, 2018, at about 10:15 a.m. an undercover investigator entered 4
19 Way and purchased chips with an undercover EBT card. The total purchase price was
20 $1.69. POS devices were seen inside the store. Subsequently, the FNS number assigned
21 to another entity was used for the undercover purchase redemption. Adelina Carbajal
22 conducted the transaction for this purchase.

23     21.    On May 30, 2018, at about 10:35 a.m. an undercover investigator entered
24 Carneceria and purchased chips using an undercover EBT card. The total purchase price
25 was $1.69. POS devices were seen inside the store. This purchase transaction was
26 validated by the FNS number assigned to another entity.

27     22.    On March 20, 2019, at about 8:30 a.m., an undercover investigator entered
28 4 Way and purchased chips with an undercover EBT card. The total purchase price was

$1.89. POS devices were seen inside the store. Subsequently, an FNS number assigned to another entity was used for the undercover purchase redemption. Adelina Carbajal conducted the transaction for this purchase.

23. On March 20, 2019, at about 8:45 a.m. an undercover investigator entered Carneceria and purchased chips using an undercover EBT card. The total purchase price was $1.69. POS devices were seen inside the store. This purchase transaction was validated by the FNS number assigned to another entity.

24. On July 2, 2019, at about 7:50 a.m., an undercover investigator entered 4 Way and purchased chips and a beverage with an undercover EBT card. The total purchase price was $2.99. POS devices were seen inside the store. Subsequently, an FNS number assigned to another entity was used for the undercover purchase redemption.

25. On July 2, 2019, at about 8:08 a.m., an undercover investigator entered Carneceria and purchased chips using an undercover EBT card. The total purchase price was $1.89. POS devices were seen inside the store.

Origin of Fraudulent FNS Numbers

26. The FNS numbers the Carbajals used to continue redeeming SNAP benefits after USDA suspended 4 Way and Carneceria's accounts belonged to previous or current merchants with active accounts and contracts with "Superior Processing," which is the ISO for the accounts. The Carbajals used other merchants' FNS numbers, but with a link to their own bank accounts, to continue redeeming SNAP benefits while on suspension. The unsuspecting merchants whose FNS numbers were fraudulently used by 4 Way and Carneceria did not receive any of the fraudulent SNAP proceeds because the proceeds were transferred to the Carbajals' bank accounts.

Execution of Search Warrants

27. On August 22, 2019, VCDA, USDA, and USSS law enforcement officers executed a California state search warrant at 4 Way, and seized $247,020.00 in United States currency (*i.e.*, the defendant currency), in a ground safe.

Jose Carbajal Interview

28. During an interview with VCDA Investigator R. Haumann, Jose Carbajal stated that he knew the FNS numbers did not legitimately belong to his two stores but he decided to use those numbers in an attempt to restore his companies' authorization for SNAP transactions.

**FIRST CLAIM FOR RELIEF**

29. Plaintiff incorporates the allegations of paragraphs 1-28 above as though fully set forth herein.

30. Based on the above, plaintiff United States of America alleges that the defendant currency constitutes or is derived from proceeds traceable to violations of 7 U.S.C. § 2024 (food stamp fraud) and 18 U.S.C. §§ 1343 (wire fraud) and 666 (theft from federal funded programs), each of which is a specified unlawful activity as defined in 18 U.S.C. §§ 1956(c)(7)(A) and (D) and 1961(1)(B). The defendant currency is therefore subject to forfeiture pursuant to 7 U.S.C. § 2024(e) and 18 U.S.C. § 981(a)(1)(C).

**SECOND CLAIM FOR RELIEF**

31. Plaintiff incorporates the allegations of paragraphs 1-28 above as though fully set forth herein.

32. Based on the above, plaintiff United States of America alleges that the defendant currency constitutes property involved in multiple transactions in violation of 18 U.S.C. § 1956(a)(1)(B)(i), or property traceable to such property, with the specified unlawful activity being violations of 7 U.S.C. § 2024 (food stamp fraud) and 18 U.S.C. §§ 1343 (wire fraud) and 666 (theft from federal funded programs). The defendant currency is therefore subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A).

///

WHEREFORE, plaintiff United States of America prays:

(a) that due process issue to enforce the forfeiture of the defendant currency;

(b) that due notice be given to all interested parties to appear and show cause why forfeiture should be not be decreed;

(c) that this Court decree forfeiture of the defendant currency to the United States of America for disposition according to law; and

(d) for such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

Dated: February 10, 2020

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

    */s/ Brent A. Whittlesey*
BRENT A. WHITTLESEY
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## VERIFICATION

I, Vinh Tran, hereby declare that:

1. I am a Senior Special Agent of the U.S. Secret Service.

2. I have read the above Verified Complaint for Forfeiture and know its contents. It is based upon my own personal knowledge and reports provided to me by other law enforcement agents.

3. Everything contained in the Verified Complaint for Forfeiture is true and correct, to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed __02/10__, 2020 in Ventura, California.

VINH TRAN
Special Agent
U.S. Secret Service