UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. 2:20-CV-01297-ODW (PVCx) |
|---|---|
| Plaintiff, | **CONSENT JUDGMENT OF FORFEITURE** |
| v. | |
| $247,020.00 IN U.S. CURRENCY, | |
| Defendant. | |
| JOSE CARBAJAL AND ADELINA CARBAJAL, | |
| Claimants. | |

Plaintiff United States of America ("the government") and Claimants Jose Carbajal and Adelina Carbajal ("the Carbajals"), have made a stipulated request for the entry of this Consent Judgment, resolving this action in its entirety.

The Court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

1. This Court has jurisdiction over the subject matter of this

action and the parties to this Consent Judgment of Forfeiture.

2. The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. § 981(a)(1)(A) & (C) and 7 U.S.C. § 2024(e).

3. Notice of this action has been given as required by law. All potential claimants to the defendant currency other than the Carbajals are deemed to have admitted the allegations of the Complaint for Forfeiture to be true with respect to the defendant currency. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

4. The defendant currency, plus the interest earned by the United States of America on the entirety of the defendant currency shall be condemned and forfeited to the United States of America, which shall dispose of the funds in accordance with law

5. There was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465

6. The Carbajals did not substantially prevail in this action, and the parties hereto shall bear their own attorney fees and costs.

Dated: March 8, 2022

HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

2